# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**REGINALD W. DARLING,**

    **Plaintiff,**

**v.**                                                      **Case No. 1:19-cv-149-AW-GRJ**

**MARK S. INCH,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

Having reviewed and considered the Magistrate Judge's Report and Recommendation dated August 5, 2019, ECF No. 4, and having reviewed and considered de novo the issues addressed in the Petitioner's objection, ECF No. 7, I have determined that the Report and Recommendation should be approved and adopted. It is now ordered:

1.     The Magistrate Judge's Report and Recommendation, ECF No. 4, is adopted and incorporated by reference in this Order.

2.     The Petition for Writ of Habeas Corpus, ECF No. 1, is DISMISSED for lack of jurisdiction.

3.     The Clerk is directed to close the file.

SO ORDERED on October 10, 2019.

                                                          s/ *Allen Winsor*
                                                           United States District Judge